IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 21-mj-7202-MAB |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FORTINO MEDINA-SOLANO ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Mark J. Blaine, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## ILLEGAL REENTRY AFTER DEPORTATION

On or about October 28, 2021, in Madison County, within the Southern District of Illinois,

**FORTINO MEDINA-SOLANO,**

defendant herein, an alien who had previously been arrested and removed from the United States to Mexico, pursuant to law at Alexandria, Louisiana, on March 14, 2018, and who after such date had not received consent of the Attorney General of the United States or of the Director of Homeland Security to reapply for admission to the United States, was found in the United States in the Southern District of Illinois, in violation of Title 8, United States Code, Section 1326(a).

## AFFIDAVIT

I further state that I am a Deportation Officer with Immigration & Customs Enforcement, (hereinafter ICE), and that I have been so employed since July 10, 2016. My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act. I have recently investigated the suspected unlawful presence in the United States of Fortino MEDINA-Solano. According to official records maintained by ICE, *i.e.*, the ICE "A-File" maintained on Fortino MEDINA-Solano, MEDINA-Solano is a Mexican

national who was most recently deported from the United States to Mexico at Alexandria, Louisiana, on or about March 14, 2018.

On October 28, 2021, the undersigned encountered MEDINA-Solano at a BP Gas Station, located at 9504 Collinsville Road in Collinsville, Illinois, after the St. Louis ICE Fugitive Operations Team trailed him from his known address at 510 John Street in Collinsville, Illinois. MEDINA-Solano was the target of a planned ICE operation. St. Louis ICE officers then transported MEDINA-Solano to the ICE office in Saint Louis, Missouri. Upon arrival at this facility, MEDINA-Solano's fingerprints were scanned and processed through ICE databases, which confirmed his prior presence in the United States and deportation to Mexico through Alexandria, Louisiana, on March 14, 2018. According to official records maintained by ICE, Fortino MEDINA-Solano has never received the permission of U.S. authorities to enter or reside in the United States following his deportation on March 14, 2018. MEDINA-Solano is currently in ICE's administrative custody at the Chase County, Kansas, jail.

Based on the above information, it appears that Fortino MEDINA-Solano is an alien who was found in the United States without authorization after having been previously deported from the United States, all in violation of 8 U.S.C. §§ 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

MARK J. BLAINE
Deportation Officer
Immigration and Customs Enforcement

State of Illinois  )
                   )  SS.
County of St. Clair )

Sworn to before me and subscribed in my presence on the __4__ day of November 2021, at East St. Louis, Illinois.

MARK A. BEATTY
United States Magistrate Judge

DANIEL T. KAPSAK
Assistant United States Attorney

3